UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

DIANE M. PARISEAU

v. CA 07-268 ML

MICHAEL J. ASTRUE
Commissioner of the Social Security
Administration

MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's Objection to the Report and Recommendation issued by Magistrate Judge Almond on June 2, 2008. This Court has reviewed the objection and the Report and Recommendation and finds no error. Accordingly, the Report and Recommendation is adopted in its entirety. The Commissioner's Motion for an Order Affirming the Decision of the Commissioner is GRANTED and Plaintiff's Motion to Reverse the Decision of the Commissioner is DENIED.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
Chief United States District Judge
June 13, 2008