# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**DIANE M. PARISEAU**

**Vs.** **C.A. NO. 07-268ML**

**MICHAEL J. ASTRUE,**
**Commissioner of the Social**
**Security Administration**

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

**Judgment shall enter for the defendant, Michael J. Astrue, Commissioner of the Social Security Administration, against the plaintiff, Diane M. Pariseau, pursuant to the Memorandum and Order GRANTING the Commissioner's Motion for an Order Affirming the Decision of the Commissioner and DENYING Plaintiff's Motion to Reverse the Decision the Decision of the Commissioner.**

Enter:

Barbara Barletta
Deputy Clerk

DATED: June 13, 2008